**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1861**

———————

FRANCIS AKINRO,

                                    Plaintiff - Appellant,

        versus

MORGAN STATE UNIVERSITY,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
01-862-CCB)

———————

Submitted:  November 20, 2001          Decided:  December 3, 2001

———————

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Francis Akinro, Appellant Pro Se.  Mark Jason Davis, Assistant
Attorney General, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals from the district court's order dismissing his complaint alleging his unlawful suspension from the student body at Morgan State University. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Akinro v. Morgan State Univ.</u>, No. CA-01-862-CCB (D. Md. June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2